**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| |  |
|---|---|
| MADASI OIL CORP., *et al.*, **Plaintiffs**, v. AREVENCA REFINERY COMPLEX, *et al.*, **Defendants**. | **Civil No**. 12-1863 (FAB) |

**ORDER DISMISSING CASE**

On July 29, 105 the Court ordered plaintiffs to show cause, no later than August 7, 2015 why this case should not be dismissed for failure to serve process within the time provided by Rule 4(m), (Docket No. 14.)

The plaintiffs failed to heed the Court's order. Accordingly, this case is **DISMISSED without prejudice**.

Judgment shall be entered accordingly.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 10, 2015.

                                                  s/ Francisco A. Besosa
                                                  FRANCISCO A. BESOSA
                                                  UNITED STATES DISTRICT JUDGE