IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MADASI OIL CORP., *et al.*, <br><br>**Plaintiffs**, <br><br>v. <br><br>AREVENCA REFINERY COMPLEX, *et al.*, <br><br>**Defendants.** | **CIVIL NO.** 12-1863 (FAB) |

**JUDGMENT**

In accordance with the Order entered today (Docket No. 15), this case is **DISMISSED WITHOUT PREJUDICE.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 10, 2015.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE